United States District Court
Southern District of Texas
**ENTERED**
April 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN RIDGWAY, individually and on behalf of all others similarly situated | § § § | |
| VS | § § | CIVIL ACTION NO. H-25-429 |
| BEYOND FINANCE, LLC | § § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal filed on March 31, 2025 (Doc. No. 13), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED on this 9th day of April 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE